TIMOTHY M. STUBSON (Attorney #6-3233)
Crowley Fleck PLLP
111 West Second Street, Suite 220
Casper, WY 82601
(307) 265-2279
tstubson@crowleyfleck.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| SADDLETREE HOLDING LLC,<br><br>Plaintiff,<br><br>vs.<br><br>EVANSTON INSURANCE COMPANY, MARKEL SERVICE INCORPORATED, MARKEL CORPORATION, RIMKUS CONSULTING GROUP INC., and FRONTIER ADJUSTERS<br><br>Defendants. | Civil Action No. 22-CV-89-NDF |

**DEFENDANT RIMKUS CONSULTING GROUP INC.'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)**

The Defendant Rimkus Consulting Group Inc., by and through their undersigned counsel, hereby moves to dismiss Plaintiff's Complaint in its entirety under FED. R. CIV. P. ("Rule") 12(b)(6). As explained in the *Memorandum in Support of Motion to Dismiss* submitted contemporaneously herewith, Plaintiff has not alleged facts that support plausible claims or theories under either federal or state law against Rimkus Consulting Group, Inc.

DATED this 2nd day of May 2, 2022.

RIMKUS CONSULTING GROUP, INC.

/s/ Timothy M. Stubson
TIMOTHY M. STUBSON (Attorney #6-3233)
Crowley Fleck PLLP
111 West Second Street, Suite 220
Casper, WY 82601
(307) 265-2279
tstubson@crowleyfleck.com

## CERTIFICATE OF SERVICE

I certify the foregoing ***Motion to Dismiss under Fed. R. Civ. P. 12(b)(6)*** was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 2 May 2022 as follows:

| | |
|---|---|
| Elayna M. Fiene<br>Spencer Fane LLP<br>1700 Lincoln, Suite 2000<br>Denver, CO 80203<br>efiene@spencerfane.com<br>*Attorney for Defendant Evanston Insurance* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |
| Ronald G. Schmidt<br>Schmidt Legal Services, Prof. LLC<br>1719 West Main Street, Suite 109<br>Rapid City, SD 57702<br>Schmidt1aw@rushmore.com<br>priscillams@q.com<br>*Attorney for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |

/s/ Timothy M. Stubson
Timothy M. Stubson